IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EL SHAFIYQ ASAD ALI<br>        Plaintiff,<br><br>v.<br><br>REP. JOANNA MCCLINTON<br>Individually and in her official capacity as<br>Pennsylvania State Representative, and<br>PENNSYLVANIA HOUSE OF<br>REPRESENTATIVES<br>        Defendants. | CIVIL ACTION<br>No. 16-6373<br><br>FILED<br>JUN 14 2017<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## ORDER

This 14th day of June, 2017, upon consideration of Plaintiff's Complaint, Defendants' Motions to Dismiss (Dkt. 6), and the Responses and Replies thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part. Plaintiff's claims against Defendant McClinton in her official capacity and against Defendant Pennsylvania House of Representatives are barred by Eleventh Amendment immunity and **DISMISSED** with prejudice. With respect to Plaintiff's suit against McClinton in her personal capacity, his whistleblower claim based on a report of wrongdoing and his § 1983 claims based on ethnic and religious discrimination are **DISMISSED** with leave to amend pursuant to Rule 12(b)(6); Defendants' Motion to Dismiss is **DENIED** with respect to Plaintiff's First Amendment claim and his whistleblower claim based on a report of waste.

                                                                                   /s/ Gerald Austin McHugh
                                                                                   Gerald Austin McHugh
                                                                                   United States District Judge